## UNITED STATES *versus* JOHN FARLEY

JOURNAL ENTRIES (1822): *Journal 3:* (1) Nolle prosequi *p. 299.
PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) recognizance for habeas corpus and certiorari; (3) sheriff's bill of fees.
*1821 Calendar*, MS p. 38.

## UNITED STATES *versus* FRANÇOIS POULIN

JOURNAL ENTRIES (1822): *Journal 3:* (1) Motion for rule to return habeas corpus *p. 300; (2) motion for rule to amend return *p. 315; (3) motion to amend return overruled, procedendo *p. 364.
PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) writ of habeas corpus and return; (3) writ of certiorari and return; (4) precipe for procedendo.
*1822–23 Calendar*, MS p. 70.